UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00443-RJC-DCK

| ANGELA NAILS, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
| BB&T, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff Angela Nails ("Plaintiff") filed a Complaint in this matter on August 23, 2021. [Doc. 1]. She sought to proceed in forma pauperis. [Doc. 2]. On September 2, 2021, the Court denied Plaintiff's motion to proceed in forma pauperis without prejudice for the reasons stated in that Order. [Doc. 3]. The Court allowed Plaintiff 14 days to either pay the filing fee or to file an amended Application to proceed in forma pauperis. [Id. at 3]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id.]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: September 22, 2021

Robert J. Conrad, Jr.
United States District Judge